William Matievich, appellee, v. Illinois Terminal Company, appellant.

Opinion filed June 9, 1932.

Terry, Gueltig & Powell and E. Bentley Hamilton, for appellant. J. B. Harris, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Raymond LaGrone, by Simon LaGrone, his father and next friend, appellee, v. Frank H. Stratmann, appellant.

Opinion filed June 9, 1932.

Pope & Driemeyer, for appellant. McGlynn & McGlynn, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Mabel Byron, appellee, v. Anthony Todoroff, appellant.

Opinion filed June 9, 1932. Rehearing denied July 27, 1932.

Arthur R. Felsen, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Millard Bowers, plaintiff in error.

Opinion filed June 9, 1932.

Alpheus Gustin, for plaintiff in error. Oscar E. Carlstrom, Attorney General, J. J. Neiger and A. N. Tolliver, Assistant Attorneys General, D. F. Rumsey, State's Attorney, and S. D. Wise, Assistant State's Attorney, for defendant in error.

Mr. Justice Edwards delivered the opinion of the court.

John Edmonds and Fannie Edmonds, appellants, v. W. D. Gourley, appellee.

Opinion filed June 9, 1932.

Fred Smith, for appellants. H. A. Evans, for appellee.

Mr. Justice Edwards delivered the opinion of the court.